# EXHIBIT A

City of Lavergne Police Report
State of Tennessee

Accepted Date 6/12/2019 8:11 AM
Generated Date 6/12/2019 8:11 AM
Report Form Level 3



| Master Record Number | 102416192 |
| Type Of Crash | Suspected Minor Injury |
| Approved By | 3110 |

# Tennessee Electronic Traffic Crash Report

## Incident Information

| Date of Crash | Day Of Crash | Local Agency Number | Reporting Agency Name | Agency Tracking Number |
|---|---|---|---|---|
| 6/11/2019 | Tuesday | 0750300 | Lavergne Police Dept | 19-022531 |

| Time of Crash | Time Notified | Time Arrived | County | City |
|---|---|---|---|---|
| 12:15 | 12:16 | 12:20 | Rutherford | Lavergne |

| Total Vehicles | Total Occupants | Total Non-Occupants | Total Killed | Total Injured | Total UnInjured |
|---|---|---|---|---|---|
| 2 | 3 | 0 | 0 | 2 | 1 |

| Hit and Run | Solved | Police Pursuit | School Bus Involved | Photos Taken | By | Photographer Name |
|---|---|---|---|---|---|---|
| No | | No | No | No | | |

| Area | Interchange Related | Intersection Type |
|---|---|---|
| Not Applicable | No | OTHER |

| Block Number | Roadway Number | Roadway Name | Suffix | Mile Marker |
|---|---|---|---|---|
| | | RAMP | | 0.00 |

| Estimated Distance | Distance Type | Direction | From Highway/Intersection | Suffix | Intersect Number |
|---|---|---|---|---|---|
| | | | I 24 | | |

| Roadway Local Id | Intersect Local Id |
|---|---|

| Relation To Junction | Relation to Roadway | Route Signing |
|---|---|---|
| Entrance/Exit Ramp Related | On Roadway | Unknown |

| Work Zone | Construction Zone |
|---|---|
| None | |

| Construction Location | Workers Present |
|---|---|

| First Harmful Event | Trafficway Type |
|---|---|
| Motor Vehicle-In-Transport On Same Roadway | Trafficway-CLOSED |

| Weather Conditions | Light conditions | Latitude | Longitude | Rail Crossing Id |
|---|---|---|---|---|
| Cloudy | Daylight | 35.994380 | -86.596850 | |

| Manner of Collision |
|---|
| Sideswipe, Same Direction |

| 1st Collision Factor | 2nd Collision Factor | 3rd Collision Factor |
|---|---|---|

## Incident Management

| Secondary Crash | Secondary Crash Type | Blockage Occurred |
|---|---|---|
| No | | Yes |

| Roadway / Lanes Blocked | Roadway Lanes/ Cleared |
|---|---|
| Jun 11 2019 12:15PM | Jun 11 2019 12:55PM |

| Lanes Blocked |
|---|
| Lane 1 |

| Incident Started | Incident Cleared |
|---|---|
| Jun 11 2019 12:15PM | Jun 11 2019 12:55PM |

## Investigating Officer Details

| Investigation Complete | Rank | First Name | Middle Initial | Last Name | Suffix |
|---|---|---|---|---|---|
| Yes | FTO | BILLY | | DUENEZ | |

| Badge Number | District/Zone | Car Number | Report Date |
|---|---|---|---|
| 286 | 1 | 13-25 | 06/11/2019 |

## Assisting Officers

| Rank | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| OFC | HARRY | | HOLLINS | |

| Badge Number | District / Zone | Car Number | Report Signed | Report Date |
|---|---|---|---|---|
| 324 | 3 | 324 | | |

SF - 1481 (Rev 7/15)   1 of 7   RDA 1348

| Vehicle Number | Number of Occupants | Driver Presence |
|---|---|---|
| 1 | 1 | Driver Operated |

## Driver Information

| First Name | Middle Initial | Last Name | Suffix | Date Of Birth | Age |
|---|---|---|---|---|---|
| JAMES | ROBERT | MEADOR | | | 59 |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Phone 1 | Phone 2 | Phone 3 | Race | Ethnicity | Gender |
|---|---|---|---|---|---|
| | | | Caucasian\|Mexican\|Puerto Rican\|Other White | Non-Hispanic | M |

| Drivers License Number | Drivers License State | Expiration Date | Drivers License Class | Drivers License Status |
|---|---|---|---|---|
| | | 2020 | A | Valid |

| Safety Equipment | Airbag | Seat Position |
|---|---|---|
| Shoulder And Lap Belt Used | AirBag Available-No Deployment | Front Seat-Left Side |

| Endorsement 1 | Complied With | Endorsement 2 | Complied With | Endorsement 3 | Complied With |
|---|---|---|---|---|---|
| None | | | | | |

| Restriction 1 | Complied With | Restriction 2 | Complied With | Restriction 3 | Complied With |
|---|---|---|---|---|---|
| Unknown | | | | | |

| Ejected | Ejection Path | Trapped/Extricated |
|---|---|---|
| Not Ejected | | Not Trapped |

| Injury Code | Medical Transport | Ambulance/Hospital |
|---|---|---|
| No Injury | Not Transported | |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | Distraction |
|---|---|---|
| No Hit And Run | Other | None |

| Driver's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
|---|---|---|
| Appeared Normal | | |

| Driver's 1st Action | Drivers 2nd Action |
|---|---|
| Improper Turn | |

| Driver's 3rd Action | Driver's 4th Action |
|---|---|
| | |

## Alcohol and Drugs

| Presence of Alcohol | Determination Method | Alcohol Test Status |
|---|---|---|
| No | Observed | Test Not Given |

| 1st Alcohol Test Type | 1st Alcohol Test Result | 2nd Alcohol Test Type | 2nd Alcohol Test Result |
|---|---|---|---|
| | | | |

| Presence of Drugs | Determination Method | Drug Test Status |
|---|---|---|
| No | Observed | Test Not Given |

| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
|---|---|---|---|---|---|
| | | | | | |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| | | | |
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| | | | |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| | | | |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th Violation Statute |
| | | | |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th Violation Statute |
| | | | |

## Vehicle Information

| Field | Value |
|---|---|
| Owner Same as Driver | No |
| Owner First Name | ANTHONY |
| Owner Middle Name | LEROY |
| Owner Last Name | KRAUSE |
| Owner Suffix | |
| Address Line 1 | [redacted] |
| Address Line 2 | |
| City | [redacted] |
| State | |
| Zip Code | |
| Phone 1 | [redacted] |
| Phone 2 | [redacted] |
| Phone 3 | |
| Vehicle Year | 2018 |
| Vehicle Make | DODG |
| Vehicle Model | R35 |
| Color | White |
| VIN | [redacted] |
| License Plate Number | [redacted] |
| State | Texas |
| Plate Expiration | 102019 |
| Body Style | Standard Pickup |
| HAZMAT? | No |
| FMCSA Reportable? | Yes |
| Bus Use | Not Used As School Bus |
| Unit Type | Motor Vehicle In-Transport |
| Gross Weight | 10001 To 26000 |
| Vehicle Configuration | Truck Trailer |
| Vehicle Operation Type | Commercially Owned/Used |
| Cargo Body Type | Flatbed |
| 1st Factor | NONE |
| 2nd Factor | |
| 3rd Factor | |
| Vehicle Special Use | No Special Use |
| Emergency Use | No |
| Override/Underride | |
| Towed | Driven From Scene |
| Towed Location | |
| 1st Trailer | Other Trailer |
| 1st Trailer License Plate Information | TX 006F081 000000 |
| 2nd Trailer | |
| 2nd Trailer License Information | |
| Insurance 1 | A425171442 |
| Insurance 1 Type | Unknown |
| Insurance 1 Carrier | HALLMARK COUNTY MUTUAL |
| Insurance 1 Start Date | 3/30/2019 |
| Insurance 1 End Date | 3/30/2020 |
| Insurance 2 | |
| Insurance 2 Type | |
| Insurance 2 Carrier | |
| Insurance 2 Start Date | |
| Insurance 2 End Date | |
| Insurance 3 | |
| Insurance 3 Type | |
| Insurance 3 Carrier | |
| Insurance 3 Start Date | |
| Insurance 3 End Date | |

## Vehicle Damage and Roadway Characteristics

| Field | Value |
|---|---|
| Most Harmful Event | Motor Vehicle-In-Transport On Same Roadway |
| Fire in Vehicle | No |
| Events 1 | Motor Vehicle-In-Transport On Same Roadway |
| Events 2 | |
| Events 3 | |
| Events 4 | |
| Events 5 | |
| Events 6 | |
| Point of First Impact | Right Side-Center |
| Extent of Damage | Minor Damage |
| Officer Damage Estimate | Less Than Threshold |
| Areas of Vehicle Damage | Right Side-Center |
| Travel Direction | North |
| Traveling On | WALDRON ROAD |
| Trafficway Flow | Entrance Exit Ramp |
| Roadway Surface Type | Asphalt |
| Number of Travel Lanes | One Lane |
| Trafficway Hazards | None |
| Traffic Control Devices | Yield Sign |
| Traffic Control Device Functioning | Device Functioning Properly |
| Roadway Route Signing | Unknown |
| Roadway Surface Conditions | Dry |
| Roadway Character Alignment | Curve Right |
| Roadway Character Profile | Uphill Grade |
| Speed Limit | 30 |
| Access control | Full Control Only Ramp Entry and Exit |

## Commercial Carrier Information

| Field | Value |
|---|---|
| US DOT | 02591311 |
| Carrier Name | TK TRANSPORT INC |
| Carrier Type | Other Operation-Not Specified |
| ICC MC | |
| TN DOS | TN |
| Address Line 1 | [redacted] |
| Address Line 2 | |
| City | clute |
| State | TX |
| Zip Code | 77521 |
| Phone | [redacted] |

| | 1st Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |
|---|---|---|---|---|---|---|
| | 2nd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |
| | 3rd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |

| Vehicle Number | Number of Occupants | Driver Presence |
|---|---|---|
| 2 | 2 | Driver Operated |

## Driver Information

| First Name | Middle Initial | Last Name | Suffix | Date Of Birth | Age |
|---|---|---|---|---|---|
| ANGELA | LYNNETTE | HARRIS | | | 45 |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Phone 1 | Phone 2 | Phone 3 | Race | Ethnicity | Gender |
|---|---|---|---|---|---|
| | | | Black or African American | Non-Hispanic | F |

| Drivers License Number | Drivers License State | Expiration Date | Drivers License Class | Drivers License Status |
|---|---|---|---|---|
| | | 2019 | C | Valid |

| Safety Equipment | Airbag | Seat Position |
|---|---|---|
| Shoulder And Lap Belt Used | AirBag Available-No Deployment | Front Seat-Left Side |

| Endorsement 1 | | Endorsement 2 | | Endorsement 3 | |
|---|---|---|---|---|---|
| None | Complied With | | Complied With | | Complied With |

| Restriction 1 | | Restriction 2 | | Restriction 3 | |
|---|---|---|---|---|---|
| Unknown | Complied With | | Complied With | | Complied With |

| Ejected | Ejection Path | Trapped/Extricated |
|---|---|---|
| Not Ejected | | Not Trapped |

| Injury Code | Medical Transport | Ambulance/Hospital |
|---|---|---|
| Suspected Minor Injury | EMS-Ground | STONECREST MEDICAL CENTER |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | Distraction |
|---|---|---|
| No Hit And Run | Stopped In Traffic Lane | None |

| Driver's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
|---|---|---|
| Appeared Normal | | |

| Driver's 1st Action | Drivers 2nd Action |
|---|---|
| None | |

| Driver's 3rd Action | Driver's 4th Action |
|---|---|
| | |

## Alcohol and Drugs

| Presence of Alcohol | Determination Method | Alcohol Test Status |
|---|---|---|
| No | Observed | Test Not Given |

| 1st Alcohol Test Type | 1st Alcohol Test Result | 2nd Alcohol Test Type | 2nd Alcohol Test Result |
|---|---|---|---|
| | | | |

| Presence of Drugs | Determination Method | Drug Test Status |
|---|---|---|
| No | Observed | Test Not Given |

| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
|---|---|---|---|---|---|
| | | | | | |

## Driver Violations

| | Violation Category | Violation Description | Violation Statute |
|---|---|---|---|
| 1st Violation | | | |
| 2nd Violation | | | |
| 3rd Violation | | | |
| 4th Violation | | | |
| 5th Violation | | | |

SF - 1481 (Rev 7/15)   4 of 7   RDA 1348

## Vehicle Information

| Field | Value |
|---|---|
| Owner Same as Driver | No |
| Owner First Name | EDWIN |
| Owner Middle Name | ELISHA |
| Owner Last Name | BRANNEN |
| Owner Suffix | JR |
| Address Line 1 | [redacted] |
| Address Line 2 | |
| City | |
| State | [redacted] |
| Zip Code | [redacted] |
| Phone 1 | [redacted] |
| Phone 2 | [redacted] |
| Phone 3 | |
| Vehicle Year | 2001 |
| Vehicle Make | FORD |
| Vehicle Model | F15 |
| Color | Black |
| VIN | [redacted] |
| License Plate Number | [redacted] |
| State | [redacted] |
| Plate Expiration | 012020 |
| Body Style | Standard Pickup |
| HAZMAT? | No |
| FMCSA Reportable? | No |
| Bus Use | Not Used As School Bus |
| Unit Type | Motor Vehicle In-Transport |
| Gross Weight | 10000 or Less-No Haz-8 Or Less |
| Vehicle Configuration | |
| Vehicle Operation Type | Personally Owned/Used |
| Cargo Body Type | |
| 1st Factor | NONE |
| 2nd Factor | |
| 3rd Factor | |
| Vehicle Special Use | No Special Use |
| Emergency Use | No |
| Override/Underride | |
| Towed | Towed Due To Vehicle Damage |
| Towed Location | EASY TOWING 670 OLD NASHVILLE HWY |
| 1st Trailer | |
| 1st Trailer License Plate Information | |
| 2nd Trailer | |
| 2nd Trailer License Information | |
| Insurance 1 | |
| Insurance 1 Type | No Proof Provided |
| Insurance 1 Carrier | |
| Insurance 1 Start Date | |
| Insurance 1 End Date | |
| Insurance 2 | |
| Insurance 2 Type | |
| Insurance 2 Carrier | |
| Insurance 2 Start Date | |
| Insurance 2 End Date | |
| Insurance 3 | |
| Insurance 3 Type | |
| Insurance 3 Carrier | |
| Insurance 3 Start Date | |
| Insurance 3 End Date | |

## Vehicle Damage and Roadway Characteristics

| Field | Value |
|---|---|
| Most Harmful Event | Motor Vehicle-In-Transport On Same Roadway |
| Events 1 | Motor Vehicle-In-Transport On Same Roadway |
| Events 2 | |
| Events 3 | |
| Fire in Vehicle | No |
| Events 4 | |
| Events 5 | |
| Events 6 | |
| Point of First Impact | Left Side-Near Rear |
| Extent of Damage | Disabling Damage |
| Officer Damage Estimate | Greater Than Threshold |
| Areas of Vehicle Damage | Left Side-Near Rear, Left Side-Center, Left Side-Far Front |
| Travel Direction | North |
| Traveling On | 64E EXIT RAMP AT WALDRON ROAD |
| Trafficway Flow | Entrance Exit Ramp |
| Roadway Surface Type | Asphalt |
| Number of Travel Lanes | One Lane |
| Trafficway Hazards | None |
| Traffic Control Devices | Yield Sign |
| Traffic Control Device Functioning | Device Functioning Properly |
| Roadway Route Signing | Unknown |
| Roadway Surface Conditions | Dry |
| Roadway Character Alignment | Curve Right |
| Roadway Character Profile | Uphill Grade |
| Speed Limit | 30 |
| Access control | Full Control Only Ramp Entry and Exit |

## Occupants

| Person Type | | | | | | |
|---|---|---|---|---|---|---|
| Passenger | | | | | | |
| First Name | Middle Name | Last Name | | Suffix | Date Of Birth | Age |
| LESHONA | ELAINE | ROBERTS | | | | 39 |
| Address Line 1 | Address Line 2 | | | City | State | Zip Code |
| | | | | | | |
| Phone 1 | Phone 2 | Phone 3 | | Gender | Seating Position | |
| | | | | F | Front Seat-Right Side | |
| Airbag | Safety Equipment | | | | | |
| AirBag Available-No Deployment | Other | | | | | |
| Ejected | Ejection Path | | | | | |
| Not Ejected | | | | Trapped/Extricated | | |
| Injury Code | Medical Transport | | | Not Trapped | | |
| Suspected Minor Injury | EMS-Ground | | | Ambulance/Hospital | | |
| | | | | STONECREST MEDICAL CENTER | | |

## Alcohol and Drugs

| Presence of Alcohol | | Determination Method | | | | |
|---|---|---|---|---|---|---|
| No | | Observed | | Alcohol Test Status | | |
| 1st Alcohol Test Type | 1st Alcohol Test Result | | 2nd Alcohol Test Type | Test Not Given | | |
| | | | | 2nd Alcohol Test Result | | |
| Presence Of Drugs | | Determination Method | | | | |
| No | | Observed | | Drug Test Status | | |
| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | Test Not Given | | |
| | | | | 3rd Drug Test Type | 3rd Drug Test Result | |

## Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th Violation Statute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th Violation Statute |

## Commercial Carrier Information

| US DOT | Carrier Name | | | Carrier Type | | ICC MC | TN DOS |
|---|---|---|---|---|---|---|---|
| Address Line 1 | | Address Line 2 | | City | State | Zip Code | Phone |
| 1st Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | |
| 2nd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | |
| 3rd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | |

**Narrative**

Unit 1 driver said he was passing Unit 2 that was stopped in the lane of traffic at the I-24E exit 64 off ramp at Waldron Road. While doing so, the 40 foot trailer he was hauling side swiped the entire driver side of Unit 2. The trailer was hauling large black pipes weighing an approximate 13,000 pounds according to the driver of Unit 1 when asked. Unit 1 trailer had some scuff marks on it and some damage to some of the straps on the trailer.

Unit 2 driver corroborated Unit 1's recollection of events but added her hazards were on when Unit 1 passed her. She said she was stopped in the lane of traffic as her vehicle was having mechanical issues. Unit 1 was driving at a high rate of speed when passing Unit 2. Unit 2 driver said her truck moved when Unit 1 crashed into her. She complained of neck and hip pain. The passenger said she was in the process of getting in Unit 2 when Unit 1 crashed into them. She complained of neck and back pain. Both subjects were transported to Stonecrest Medical Center in Smyrna by EMS Paramedic 16 for their injuries. No visible injuries were noticed while on scene.

Unit 2 was towed to 670 Old Nashville Highway in La Vergne by Easy Towing. Unit 2 driver said she and her husband were the owners, but had yet to re-register the vehicle.